STEINHARDT v. PHELPS.

(Supreme Court, Appellate Term.   October 4, 1900.)

BREACH OF WARRANTY—MEASURE OF DAMAGES—EVIDENCE—ADMISSIBILITY.
    In an action for breach of warranty in the sale of an animal, the meas-
    ure of damages is the difference between the value of the animal as war-
    ranted and its actual value when sold.

Appeal from municipal court, borough of Manhattan, Tenth dis-
trict.

Action by Annie Steinhardt against Merritt C. Phelps.   From a
judgment in favor of plaintiff, defendant appeals.   Reversed.

Argued before BEEKMAN, P. J., and GIEGERICH and O'GOR-
MAN, JJ.

Lyman W. Reddington, for appellant.

Howe & Hummel, for respondent.

PER CURIAM.   The exclusion of testimony offered by the defend-
ant tending to show the actual value of the animal in question at
the time of the sale was prejudicial error requiring a reversal of
this judgment.   Where the action is for breach of warranty, or fraud
in the sale of goods, the measure of damages, if there has been no
rescission, is the difference between the value of the chattel if it had
corresponded with the warranty and its actual value.

Judgment reversed, and new trial ordered, with costs to the ap-
pellant to abide the event.

